MCELROY, DEUTSCH, MULVANEY, & CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962-2075
(973) 993-8100
Attorneys for Defendant, First Unum Life Insurance Company

By: _____
       Steven P. Del Mauro

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LISA PRICE,<br><br>      Plaintiff,<br><br>vs.<br><br>FIRST UNUM LIFE INSURANCE CO.,<br><br>      Defendant. | CIVIL ACTION NO. 08-3709 |

**CIVIL ACTION – RULE 7.1 STATEMENT ON BEHALF OF
UNUM LIFE INSURANCE COMPANY OF AMERICA**

The following is a list of all corporate parents that own more than 10% of Unum Life Insurance Company of America's stock: **Unum Group**.

                              McELROY, DEUTSCH, MULVANEY
                                      &CARPENTER, LLP
                        Attorneys for Defendant, First Unum Life Insurance Company

                        By: _____
                            Steven Del Mauro, Esq.

Dated: April 18, 2008
1067961_1.doc